OPINION — AG — COUNTY COMMISSIONERS MAY EXPEND UNRESTRICTED COUNTY HIGHWAY FUNDS FOR THE CONSTRUCTION AND MAINTENANCE OF THOSE, AND ONLY THOSE, ROADS AND STREETS WITHIN THE CITY LIMITS OF CITIES OR TOWNS IN THE COUNTY THAT ARE, IN FACT, A CONTINUATION OF OR CONNECTING LINK WITH THE COUNTY HIGHWAY SYSTEM. CITE: 68 O.S. 1965 Supp., 501 [68-501], 68 O.S. 1965 Supp., 502 [68-502], 68 O.S. 1965 Supp., 703 [68-703], 68 O.S. 1965 Supp., 504 [68-504], 68 O.S. 1965 Supp., 1004 [68-1004], 68 O.S. 1965 Supp., 1021 [68-1021], 68 O.S. 1965 Supp., 1003 [68-1003], OPINION NO. 63-169, OPINION NO. 63-348, 69 O.S. 1961 84 [69-84], 69 O.S. 1961 49 [69-49], 11 O.S. 1961 72 [11-72], 11 O.S. 1961 73 [11-73], 11 O.S. 1961 111 [11-111], OPINION NO. 63-159 (FINIS STEWART)